■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE F. GIDDENS, Appellant. [724 NYS2d 385] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733, 737). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Criminal Sale Controlled Substance,

3rd Degree.) Present—Green, J. P., Hayes, Scudder, Burns and Lawton, JJ.